```
                                                    FILED
                                                U.S. DIST COURT
                                               MIDDLE DIST. OF LA

                                               2005 NOV -2  A 10: 55

                                               SIGN_____
         UNITED STATES DISTRICT COURT          BY DEPUTY CLERK
         MIDDLE DISTRICT OF LOUISIANA
```

| | |
|---|---|
| MARVIN C. BREAUD AND VICKI BREAUD | CIVIL ACTION |
| VS. | DOCKET NO. 03-CV 860 |
| WERNER ENTERPRISES, INC. OF NEBRASKA, AND JOHN HOLLAND | SECTION D |
| | MAGISTRATE 1 |
| FILED:_____ | _____ |
| | DEPUTY CLERK |

## MOTION IN LIMINE TO EXCLUDE EXPERT WITNESS TESTIMONY

Plaintiffs, Marvin Breaud and Vicki Breaud, respectfully request that certain expert testimony be excluded from the trial of this matter. The testimony that plaintiffs request be excluded is the testimony of Dr. Charles Bain an injury causation analyst. Plaintiffs contend this testimony should be excluded for the reasons set forth in the memorandum annexed hereto.

Page 1



Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

_____
MICHAEL HINGLE, #6943
Austin McElroy, # 07571
For the Firm
600 N. Hwy 190, Suite 202C
Covington, Louisiana 70433
985-893-2295

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _____ day of _____, _____ served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____