UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA
2006 MAY 12 P 1: 26

SIGN_____
BY DEPUTY CLERK

| | | |
|---|---|---|
| MARVIN C. BREAUD & | ) | CIVIL ACTION |
| VICKI BREAUD | ) | NO.: 03-CV-860 |
|    Plaintiffs | ) | |
| | ) | SECTION "D" |
| versus | ) | JUDGE BRADY |
| | ) | |
| WERNER ENTERPRISES, INC., | ) | MAGISTRATE "1" |
| OF NEBRASKA & JOHN HOLLAND | ) | MAGISTRATE JUDGE RIEDLINGER |
|    Defendants | ) | |

## MOTION IN LIMINE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Marvin C. Breaud and Vicki Breaud, who move in limine exclude from evidence at trial all documents from Thermon Heat Tracing Services, Inc., and Westgate, for the reasons more fully explained in the attached Memorandum.

WHEREFORE, Plaintiffs pray that their Motion in Limine be granted, and that all documents from Thermon Heat Tracing Services, Inc., and Westgate, be excluded at trial.

Respectfully submitted,

_____
JOSEPH S. PIACUN, T.A. (25211)
THOMAS A. GENNUSA, II (6010)
Gennusa Law Firm
833 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 455-0442

-and-

MICHAEL HINGLE (6943)
AUSTIN McELROY (7571)
600 North Highway 190, Suite 202C
Covington, Louisiana 70433
Telephone: (985) 893-2295
**Attorneys for Plaintiffs,**
**Marvin & Vicki Breaud**

Certificate of Service

I certify that on May 10, 2006, I served a copy of this *Motion in Limine* on all counsel of record by facsimile and the United States Mail, properly addressed and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| MARVIN C. BREAUD & | ) | CIVIL ACTION |
| VICKI BREAUD | ) | NO.: 03-CV-860 |
| Plaintiffs | ) | |
| | ) | SECTION "D" |
| versus | ) | JUDGE BRADY |
| | ) | |
| WERNER ENTERPRISES, INC., | ) | MAGISTRATE "1" |
| OF NEBRASKA & JOHN HOLLAND | ) | MAGISTRATE JUDGE RIEDLINGER |
| Defendants | ) | |

## **ORDER**

Considering the foregoing Motion:

IT IS ORDERED that Plaintiffs' Motion in Limine be granted and that all documents from Thermon Heat Tracing Services, Inc., and Westgate be excluded at trial.

Baton Rouge, Louisiana, this _____ day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE